Order entered October 20, 2016



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00742-CV

**AZEB RUDER, Appellant**

**V.**

**WILLIAM JORDAN D/B/A WILLIAM DAVIS REALTY, WILLIAM DAVIS REAL ESTATE SERVICES, LLC D/B/A WILLIAM DAVIS REALTY AND KATHY JABRI, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01346-2014**

## ORDER

Before the Court is court reporter Claudia Webb's October 17, 2016 request for a third extension of time to file the reporter's record. We **GRANT** Ms. Webb's request and **ORDER** the reporter's record be filed no later than **FOURTEEN DAYS** from the date of this order.

This appeal cannot proceed until the issue of the reporter's record is resolved. We expressly **CAUTION** Ms. Webb that failure to comply with this order **SHALL** result in an order that she not sit as a court reporter until she complies.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE